# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:21-cr-00005  Judge Campbell, Jr. |
| MICHAEL HARVEL | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL HARVEL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 242
18 USC § 1201(a)

Date: 07/12/2021

*Issuing officer's signature*

City and state: Nashville, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: MICHAEL HOWARD HARVEL

Known aliases:

Last known residence: 386 GossRoad, Crossville, TN

Prior addresses to which defendant/offender may still have ties:

Last known employment: Cumberland Recycling

Last known telephone numbers:

Place of birth:

Date of birth: 09/05/1961

Social Security number: 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

Height: 6'0"    Weight: 195

Sex: Male    Race: White

Hair: Black    Eyes: Blue

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: E8M67E5K9

Complete description of auto:

Investigative agency and address: FBI, SA Sterling Wall
2868 Elm Hill Pike, Nashville, TN 37214

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: