UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-CR-00005 |
| | ) | Judge Campbell |
| MICHAEL HARVEL | ) | |

# VERDICT FORM

## I. Count One of the Superseding Indictment

1. As to the offense of Deprivation of Rights under Color of Law as to Jessica Sanders, in violation of 18 U.S.C. § 242, as charged in Count One,

We, the Jury, find the defendant, Michael Harvel:

Guilty __✓__            Not Guilty _____

*If you find Michael Harvel not guilty, proceed directly to Count Two. If you find Michael Harvel guilty, answer each of the following questions and then proceed to Count Two.*

1.a. We, the Jury, having found Michael Harvel guilty of Count One, further find the offense resulted in bodily injury to Jessica Sanders:

Yes __✓__            No _____

1.b. We, the Jury, having found Michael Harvel guilty of Count One, further find the offense included kidnapping:

Yes __✓__            No _____

## II. Count Two of the Superseding Indictment

2.  As to the offense of Deprivation of Rights under Color of Law as to Joanne Caruthers, in violation of 18 U.S.C. § 242, as charged in Count Two,

> We, the Jury, find the defendant, Michael Harvel:
>
> Guilty __✓__      Not Guilty _____

*If you find Michael Harvel not guilty, proceed directly to Count Three. If you find Michael Harvel guilty, answer each the following questions and then proceed to Count Three.*

2.a.  We, the Jury, having found Michael Harvel guilty of Count Two, further find the offense resulted in bodily injury to Joanne Caruthers:

> Yes __✓__      No _____

2.b.  We, the Jury, having found Michael Harvel guilty of Count Two, further find the offense included kidnapping:

> Yes __✓__      No _____

2.c.  We, the Jury, having found Michael Harvel guilty of Count Two, further find the offense included aggravated sexual abuse:

> Yes __✓__      No _____

2

## III. Count Three of the Superseding Indictment

3.  As to the offense of Deprivation of Rights under Color of Law as to Joanne Caruthers, in violation of 18 U.S.C. § 242, as charged in Count Three,

We, the Jury, find the defendant, Michael Harvel:

Guilty __✓__    Not Guilty _____

*If you find Michael Harvel not guilty, proceed directly to Count Four. If you find Michael Harvel guilty, answer each of the following questions and then proceed to Count Four.*

3.a.   We, the Jury, having found Michael Harvel guilty of Count Three, further find the offense resulted in bodily injury to Joanne Caruthers:

Yes __✓__    No _____

3.b.   We, the Jury, having found Michael Harvel guilty of Count Three, further find the offense included kidnapping:

Yes __✓__    No _____

3.c.   We, the Jury, having found Michael Harvel guilty of Count Three, further find the offense included aggravated sexual abuse:

Yes __✓__    No _____

3

## IV. Count Four of the Superseding Indictment

4. As to the offense of Deprivation of Rights under Color of Law as to Erica Dishman, in violation of 18 U.S.C. § 242, as charged in Count Four,

We, the Jury, find the defendant, Michael Harvel:

Guilty __✓__     Not Guilty _____

*If you find Michael Harvel not guilty, proceed directly to Count Five. If you find Michael Harvel guilty, answer the following question and then proceed to Count Five.*

4.a. We, the Jury, having found Michael Harvel guilty of Count Four, further find the offense included aggravated sexual abuse:

Yes __✓__     No _____

## V. Count Five of the Superseding Indictment

5.   As to the offense of Deprivation of Rights under Color of Law as to Erica Dishman, in violation of 18 U.S.C. § 242, as charged in Count Five,

We, the Jury, find the defendant, Michael Harvel:

Guilty __√__        Not Guilty _____

*If you find Michael Harvel not guilty, proceed directly to Count Seven. If you find Michael Harvel guilty, answer the following question and then proceed to Count Seven.*

5.a.   We, the Jury, having found Michael Harvel guilty of Count Five, further find the offense included kidnapping:

Yes __√__        No _____

## VII. Count Seven of the Superseding Indictment

7.  As to the offense of Deprivation of Rights under Color of Law as to Misty Matthews, in violation of 18 U.S.C. § 242, as charged in Count Seven,

We, the Jury, find the defendant, Michael Harvel:

Guilty __✓_____      Not Guilty _____

6

## VIII. Count Eight of the Superseding Indictment

8.  As to the offense of Deprivation of Rights under Color of Law as to Kelly Jordan, in violation of 18 U.S.C. § 242, as charged in Count Eight,

We, the Jury, find the defendant, Michael Harvel:

Guilty ____✓____          Not Guilty _____

## IX. Count Nine of the Superseding Indictment

9. As to the offense of Deprivation of Rights under Color of Law as to Alicia Olmstead, in violation of 18 U.S.C. § 242, as charged in Count Nine,

We, the Jury, find the defendant, Michael Harvel:

Guilty ____✓____    Not Guilty _____

8

## X. Count Ten of the Superseding Indictment

10. As to the offense of Deprivation of Rights under Color of Law as to Christie Steele, in violation of 18 U.S.C. § 242, as charged in Count Ten,

We, the Jury, find the defendant, Michael Harvel:

    Guilty \_\_\_\_√_____          Not Guilty _____

9

Case 2:21-cr-00005    Document 141    Filed 12/16/22    Page 9 of 10 PageID #: 884

## XI. Count Eleven of the Superseding Indictment

11. As to the offense of Deprivation of Rights under Color of Law as to Jennifer Tuttle, in violation of 18 U.S.C. § 242, as charged in Count Eleven,

We, the Jury, find the defendant, Michael Harvel:

  Guilty _____    Not Guilty  ✓_____

12/15/2022
DATE