IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:21-cr-00005 |
| | ) | |
| MICHAEL HARVEL | ) | JUDGE CAMPBELL |

# ORDER

Defense counsel previously moved for permission to withdraw from the representation upon the conclusion of sentencing. (Doc. No. 169.) However, after entry of judgment (Doc. No. 177) and Defendant's filing of a pro se Notice of Appeal (Doc. No. 179), counsel's Motion to Withdraw is no longer pending before this Court.

The matter is now before the U.S. Court of Appeals for the Sixth Circuit. This Court having previously determined that Defendant is financially unable to obtain an adequate defense, he may proceed in forma pauperis on appeal. Fed. R. App. P. 24(a)(3).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE